NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**DAWN HANSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

―――――――――

2014-3095

―――――――――

Petition for review of the Merit Systems Protection Board in No. CH-0752-14-0082-I-1.

―――――――――

**ON MOTION**

―――――――――

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*.

O'MALLEY, *Circuit Judge*.

## O R D E R

The Merit Systems Protection Board ("Board") moves without opposition to remand this case for a jurisdictional hearing.

In its decision, the Board dismissed Dawn Hanson's appeal for lack of jurisdiction, finding that Hanson failed to make non-frivolous allegations that her resignation was

involuntary.  On appeal, the Board concedes that Hanson made the required non-frivolous allegations, and that she is entitled to a jurisdictional hearing before the Board.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.  This case is remanded for further proceedings consistent with this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30

ISSUED AS A MANDATE:  August 25, 2014